F. HOWARD HOOKE, Respondent and Appellant, *v.* THE FINANCIER COMPANY, Appellant and Respondent.

*Hooker* v. *Financier Co.*, 99 App. Div. 186, reversed.
(Argued February 2, 1906; decided February 16, 1906.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1904, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*John J. O'Connell* for plaintiff, respondent and appellant.

*Theron G. Strong* for defendant, appellant and respondent.

*Per Curiam.* The stipulation of the parties was plainly intended to eliminate from the appeal all questions relating to the amount of the judgment. We find that the contracts of employment were valid and binding obligations of the defend-

## 542 MEMORANDA.

ant, and that that part of the judgment appealed from by the plaintiff, appellant, should be reversed and the judgment as entered upon the report of the referee should be affirmed, with costs to the plaintiff in the Appellate Division and in this court.

CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ., concur.

Judgment accordingly.